# IN THE SUPREME COURT OF THE STATE OF NEVADA

JONATHAN WAYNE MUNDO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70643

**FILED**

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion to reassign a petition for a writ of habeas corpus to a different department of the district court. Eighth Judicial District Court, Clark County; Susan Johnson, Judge. Because no statute or court rule permits an appeal from an order denying a motion for reassignment of a matter to a different district court department, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc:  Hon. Susan Johnson, District Judge
Jonathan Wayne Mundo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-36539